# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Appellant,

v.

BRYAN STULTS,

Appellee.

No. 2D2025-0019

—————————————————

June 17, 2026

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Paul L. Nettleton, Jeffrey A. Cohen, and Katarina Dobsinska of Carlton Fields, P.A., Miami, for Appellant.

Thomas J. Seider of Brannock Berman & Seider, Tampa; and Alan L. Perez and Christopher L. Hallett of Mallard Perez, PLLC, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.